IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-15-02-GF-BMM-02 |
|---|---|
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS TO REVOKE DEFENDANT'S PRETRIAL RELEASE** |
| vs. | |
| PATRICK BEAUCHAMP, | |
| Defendant. | |

On January 15, 2015, at the time set for a detention hearing for Mr. Beauchamp, the parties informed the undersigned that they had agreed to conditions of release. Doc. 16. Mr. Beauchamp was accordingly released subject to conditions. Doc. 18.

On February 26, 2015, Mr. Beauchamp failed to appear for a hearing on a motion to suppress before United States District Judge Brian Morris. Judge Morris determined Mr. Beauchamp had violated his conditions of pretrial release by failing to appear in court as required. From the bench, Judge Morris ordered Mr. Beauchamp to surrender to the Cascade County Detention Center by 3:00 p.m. on March 2, 2015. Judge Morris stated he would issue a warrant for Mr. Beauchamp's arrest if Mr. Beauchamp failed to self-surrender. Doc. 25. Mr. Beauchamp did not self-surrender, and Judge Morris issued a bench warrant for

arrest on March 3, 2015.  Doc. 28.  Mr. Beauchamp was arrested on March 7, 2015.  Doc. 50.

Mr. Beauchamp filed an unopposed motion for a revocation hearing pursuant to 18 U.S.C. § 3148(b).  Doc. 51.  The Court granted the motion, and the parties appeared before the undersigned on March 17, 2015.  Doc. 52.  Mr. Beauchamp appeared at the hearing with Paul Gallardo, his attorney.  Assistant United States Attorney Laura Weiss represented the United States.  Mr. Beauchamp admitted he failed to appear for the motion hearing and failed to self-surrender.  Mr. Beauchamp's supervised release should be revoked.  No condition or set of conditions can ensure his future appearance in court.  He should remain in custody pending trial.

The Court **FINDS**:

Mr. Beauchamp violated the conditions of his pretrial release.

The Court **RECOMMENDS**:

Mr. Beauchamp's pretrial release should be revoked, and he should remain in custody until his trial.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A district judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district judge, and may waive the right to appear and allocute before a district judge.

Dated the 18th day of March, 2015.

/s/ John Johnston
John Johnston
United States Magistrate Judge