# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 15-02-GF-BMM |
| vs. | **ORDER** |
| PATRICK BEAUCHAMP, | |
| Defendant. | |

United States Magistrate Judge John Johnston conducted a revocation hearing in this matter on March 17, 2015. Judge Johnston entered Findings and Recommendations on March 18, 2015. Judge Johnston recommended that Defendant's pretrial release status be revoked because Defendant had violated his release conditions by failing to appear in court for a motion hearing, and Defendant had failed to comply with the Court's Order to self-surrender. Neither party filed objections.

The Court will review Judge Johnston's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). The Court finds no clear error in Judge

Johnston's Findings and Recommendations (Doc. 63), and adopts them in full.

Accordingly, IT IS ORDERED:

1. Defendant's pretrial release status is revoked.

2. Defendant shall remain in custody pending trial.

DATED this 8th day of April, 2015.

/s/ Brian Morris
Brian Morris
United States District Court Judge